Rollan STANLEY, Movant,

v.

STATE of Missouri, Respondent.

No. 55258.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 28, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1989.

Application to Transfer Denied May 16, 1989.

Beverly A. Beimdiek, St. Louis, for movant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant, Rollan Stanley, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing.

The judgment of the motion court is based on findings of fact that are not clearly erroneous. No error of law appears. An extended opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).